1054

[No. 39036-1-II.   Division Two.   September 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN KENTRELL ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01002-3, John F. Nichols, J., entered March 13, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Worswick, J., and Dwyer, J. Pro Tem.

[Nos. 39532-1-II; 39652-1-II.   Division Two.   September 8, 2010.]

THE STATE OF WASHINGTON, *Petitioner*, v. MICHAEL JOHN PIERCE, *Respondent*.

Appeals from a judgment of the Superior Court for Jefferson County, No. 09-1-00058-7, Craddock D. Verser, J., entered June 18, 2009. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39886-9-II.   Division Two.   September 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. D.V.C., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-8-00737-9, Roger A. Bennett, J., entered October 7, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 39957-1-II.   Division Two.   September 8, 2010.]

MOUNTAIN WEST CONSTRUCTION, LLC, *Respondent*, v. JAMES ALAN, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-2-01804-2, Sally F. Olsen, J., entered October 9, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.